UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-cr-00106-RJC

| | |
|---|---|
| USA, | ) |
| | )    <u>ORDER</u> |
| vs. | ) |
| | ) |
| BERNARD SHERRILL, | ) |

**THIS MATTER** is before the Court upon motion of the defendant, pro se, requesting that the Court modify its sentence. (Doc. No. 31).

The defendant seeks a reduction in sentence based on obtaining his GED, completing drug treatment, and his readiness to enter society with a new crime and drug free approach. However, even such positive circumstances as cited by the defendant are not grounds for a sentence reduction by this Court, which has very limited authority to alter a sentence once it is imposed. 18 U.S.C. § 3582(c); Fed. R. Crim. P. 35.

**IT IS, THEREFORE, ORDERED** that the defendant's motion (Doc. No. 31) is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, the United States Attorney, and the United States Marshals Service.

Signed: December 8, 2015

Robert J. Conrad, Jr.
United States District Judge